

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 202 W. Washington St. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | P.O. Box 698 |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

November 8, 2019

Grand Traverse County Circuit Court
Clerk's Office
328 Washington St.
Traverse City, MI 49684

    Re: Malcolm v. Ramsden et al
        Our Case No. 1:19-cv-927/PLM-PJG
        Your Case No. 19-035088-NO

Dear Court Personnel:

Pursuant to the enclosed Order of Remand to your Court filed November 7, 2019, we are herewith sending certified copies of our order of remand and docket sheet.

The documents that make up the case file are available electronically through PACER. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this remanded case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope.  Thank you.

                              Sincerely,

                              CLERK OF COURT

                              /s/ N. Stimec

                              By: Deputy Clerk

Enclosures